```
                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION

                     September 2009 Grand Jury
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KARON DOMINIQUE BOWSER and<br>SHERYL ANNTOINETTE ALEXANDER,<br><br>    Defendants. | No. SA CR 10-**SA CR 10-0145**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. § 2113(a),(d),(e):<br>Armed Bank Robbery with Forced<br>Accompaniment; 18 U.S.C.<br>§ 924(c)(1)(A)(ii): Using,<br>Carrying, Brandishing Firearm in<br>Commission of Crime of Violence;<br>18 U.S.C. § 2: Aiding and<br>Abetting] |

FILED 2010 JUL 21 PM 12:44 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A. THE OBJECTS OF THE CONSPIRACY

1. Beginning on or about June 2006, and continuing to on or about January 30, 2007, in Orange County, within the Central District of California, defendants KARON DOMINIQUE BOWSER and SHERYL ANNTOINETTE ALEXANDER, and others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit

offenses against the United States, namely, armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d).

B. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

2. The object of the conspiracy was to be accomplished, in substance, as follows:

    a. Defendant ALEXANDER, who worked as a teller at the Credit Union of Southern California in Brea, California (the "Bank"), gave defendant BOWSER insider information about the Bank.

    b. In the months preceding the robbery, defendants ALEXANDER and BOWSER, together with other conspirators known and unknown to the Grand Jury, planned the robbery.

    c. Approximately one week before the robbery, defendant ALEXANDER ordered extra cash so that, the day of the robbery, the Bank had more money than usual in its inventory.

    d. After the commission of the robbery, defendants ALEXANDER and BOWSER were to split the proceeds obtained from the robbery of the Bank.

C. <u>OVERT ACTS</u>

3. In furtherance of the conspiracy, and to accomplish its object, defendants ALEXANDER and BOWSER, together with other conspirators known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

<u>Overt Act No. 1</u>: In or after June 2006 and before January 5, 2007, defendants ALEXANDER and BOWSER began discussions about robbing the Bank.

<u>Overt Act No. 2</u>:  In or after June 2006 and before January 5, 2007, as part of the robbery plan, defendant BOWSER obtained handcuffs, rope, duct tape, a 9mm semiautomatic handgun, and a backpack.

<u>Overt Act No. 3</u>:  On or about January 2, 2007, defendant ALEXANDER ordered $110,000 cash to be delivered to the Bank.

<u>Overt Act No. 4</u>:  On or about January 5, 2007, defendant ALEXANDER was working as a bank teller to help facilitate the robbery of the Bank.

<u>Overt Act No. 5</u>:  On or about January 5, 2007, defendant BOWSER, armed with the handgun and wearing a cap, hood, and bandana, forced his way into the Bank.

<u>Overt Act No. 6</u>:  On or about January 5, 2007, during the course of the robbery, defendant BOWSER pointed the handgun at various victim bank employees and customers.

<u>Overt Act No. 7</u>:  On or about January 5, 2007, defendant BOWSER forced at gun point the bank employees and customers into the women's restroom at the back of the Bank.

<u>Overt Act No. 8</u>:  On or about January 5, 2007, defendant BOWSER at gun point searched the bank customers and employees except defendant ALEXANDER.

<u>Overt Act No. 9</u>:  On or about January 5, 2007, defendant BOWSER at gun point used the handcuffs, rope, and duct tape to restrain the bank customers and employees except defendant ALEXANDER and bank teller K.M.

/ / /

/ / /

/ / /

<u>Overt Act No. 10</u>:  On or about January 5, 2007, defendant BOWSER threatened the Bank's employees and customers with the handgun in order to obtain money and gain access to the Bank's vault and ATM canisters.

<u>Overt Act No. 11</u>:  On or about January 5, 2007, defendants BOWSER and ALEXANDER obtained approximately $157,000 from the Bank.

## COUNT TWO

[18 U.S.C. §§ 2113(a),(d),(e), 2]

On or about January 5, 2007, in Orange County, within the Central District of California, defendants KARON DOMINIQUE BOWSER and SHERYL ANNTOINETTE ALEXANDER, aiding and abetting each other, by force and violence, and by intimidation, knowingly took from the person and presence of another approximately $157,000 belonging to and in the care, custody, control, management, and possession of Credit Union of Southern California, located at 2545 East Imperial Highway #A, Brea, California, a credit union the deposits of which were then insured by the National Credit Union Share Insurance Fund, operated by the National Credit Union Administration.

In committing said offense, defendants BOWSER and ALEXANDER assaulted and put in jeopardy the lives of victims B.V., A.V., B.W., K.M., and P.P., and others by using a handgun, a dangerous weapon and device.

In committing said offense, defendants BOWSER and ALEXANDER knowingly forced employees and customers of said bank to accompany defendant BOWSER from the lobby and teller areas of the bank to the women's bathroom in the back of the bank without the employees' and customers' consent.

## COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(ii), 2]

On or about January 5, 2007, in Orange County, within the Central District of California, defendants KARON DOMINIQUE BOWSER and SHERYL ANNTOINETTE ALEXANDER, aiding and abetting each other, knowingly used and brandished a firearm during and in relation to a crime of violence, namely, the January 5, 2007 robbery of the Credit Union of Southern California, located at 2545 East Imperial Highway #A, Brea, California, in violation of Title 18, United States Code, Sections 2113(a), (d) and (e), as charged in Count Two of this indictment.

A TRUE BILL

_____/S/_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

TERRI K. FLYNN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANN LUOTTO WOLF
Assistant United States Attorney