

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Bowser, Kyron DEFENDANT(S). | SACR 10-145-1 <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Thursday, 7/29/10__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/27/10__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT  Page 1 of 1